# UNITED STATES DISTRICT COURT
## Eastern District of Washington

COMMUNITY ASSOCIATION FOR THE
RESTORATION OF THE ENVIRONMENT, a
Washington nonprofit corporation,

                Plaintiff,         **JUDGMENT IN A CIVIL CASE**
      v.

NELSON FARIA DAIRY, INC.,
                         CASE NUMBER: CV-04-3060-LRS

                Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED Judgment is entered for the Plaintiff pursuant to the Memorandum Of Decision (ECF No. 201) and the Order On Relief (ECF No. 207).

January 12, 2012                                     JAMES R. LARSEN
*Date*                                               *Clerk*
                                                     s/ Jaime M. White
                                                     *(By) Deputy Clerk*
                                                     Jaime M. White