AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

COMMUNITY ASSOCIATION FOR THE
RESTORATION OF THE ENVIRONMENT, a
Washington nonprofit corporation,

           Plaintiff,
           v.

NELSON FARIA DAIRY, INC.,

           Defendant.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-04-3060-LRS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed April 10, 2012, ECF No. 290, Plaintiff is awarded judgment against Defendant as follows:

Attorneys' Fees:      $439,591.25
Costs:                 $ 47,137.95
Expert Witness Fees:  $185,448.87

TOTAL:             $672,178.07

April 10, 2012
*Date*

JAMES R. LARSEN
*Clerk*
s/ Cora Vargas
*(By) Deputy Clerk*
Cora Vargas