UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| COMMUNITY ASSOCIATION FOR RESTORATION OF THE ENVIRONMENT, a Washington nonprofit corporation,<br><br>        Plaintiff,<br><br>        v.<br><br>NELSON FARIA DAIRY, LLC,<br><br>        Defendant. | Civil No. 04-3060-LRS<br><br>ORDER GRANTING JOINT MOTION FOR ORDER OF ENTRY OF CONSENT DECREE OR, IN THE ALTERNATIVE, TO ALTER OR AMEND JUDGMENT |

Having reviewed the Parties' Joint Motion for Order of Entry of Consent Decree, and for good cause shown, the Court hereby GRANTS the Parties' Joint Motion and ORDERS entry of the proposed Consent Decree, the terms and provisions of which shall be performed by the parties in full compliance therewith.

DATED this 3rd day of April, 2013

                                            *s/Lonny R. Suko*
                                _____
                                          Lonny R. Suko
                                United States District Judge

ORDER GRANTING MOTION FOR ORDER OF ENTRY OF CONSENT DECREE
    1

| | |
|---|---|
| Dated: March 26, 2013. | Respectfully submitted, |
| | s/ Charles M. Tebbutt |
| | Charles M. Tebbutt (OSB #96579) |
| | Law Offices of Charles M. Tebbutt, P.C. |
| | *Counsel for Plaintiff* |
| | s/ Andrea K. Rodgers Harris |
| | Andrea K. Rodgers Harris (WSB #38683) |
| | Mattson Rodgers, PLLC |
| | *Local Counsel for Plaintiff* |
| | s/ Jeremy A. Fielding |
| | Jeremy A. Fielding, *pro hac vice* |
| | Lynn Tillotson Pinker & Cox |
| | *Counsel for Defendant* |
| | s/ Lori A. Terry |
| | Lori A. Terry (WSB #22006) |
| | Foster Pepper PLLC |
| | *Local Counsel for Defendant* |

ORDER GRANTING MOTION FOR ORDER OF ENTRY OF CONSENT DECREE
2